UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEAN-MICHEL APOLON,

                Plaintiff,

      - against -

THE METRO GROUP, INC., and DANIEL
LAMBERSON,

                Defendants.
------------------------------------------------------------X

<u>JUDGMENT</u>
13-CV-6133 (RRM) (MDG)

      A Memorandum and Order of the undersigned having been filed this granting defendants' motion for summary judgment and directing the Clerk of Court to enter judgment accordingly and close this case, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff take nothing of defendants and the case is closed.

Dated: Brooklyn, New York
        September 28, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge